DAVIS'S HEIRS
*vs.*
PREVOST'S HEIRS.

### DAVIS'S HEIRS *vs.* PREVOST'S HEIRS.

APPEAL FROM THE COURT OF THE FIFTH JUDICIAL DISTRICT, THE JUDGE
THEREOF PRESIDING.

In this case the following principle is settled and decided.
6 *Martin, N. S.* 265.

In a petitory action, where the defendants, their vendors and warrantors
pleaded, 1st. The general issue ; 2d. Prescription, by thirty years unin-
terrupted possession ; 3d. Prescription, by more than ten years possession
under a *just title and in good faith ;* 4th. Silence of the plaintiffs for
more than forty years in not asserting their title ; and in support of these
pleas, offered the *testimony of witnesses* to prove and make complete their
chain of title, which was objected to by the plaintiffs ; 1st. Because the
defendants having admitted in their pleadings, that they had a written
title, must produce it or account for its loss ; 2d. Parole evidence cannot
be received to prove title to land, or even its assessment for taxes ; 3d. Be-
cause the object is to prove a reputation of title to land, which cannot be
done, and being admitted : *Held*, that this evidence is illegal and inad-
missible ; and being admitted absolutely the District Court erred, because
it is to judge of the admissibility of testimony and cannot discharge
itself from this obligation by transferring it to the jury. It must be
satisfied that the best evidence cannot be had before it admits inferior.

This is a petitory action, which was commenced in 1819,
to recover from the defendants a tract of land, containing
sixty arpents of land in front, by forty-two in depth, on both
sides of the Bayou Teche. The plaintiffs derive title in
virtue of three Spanish grants of twenty arpents each, to
C. & J. Dugat, and J. B. Labeauve, in the year 1777. The
defendants claim under the same original title, and set up a
chain of title derived therefrom, through several conveyances
and possession of the land in contest. See statement of the
facts of this case in 12 *Martin*, 445. It was argued in the
Western District, at the September term, 1822–3, by Mr.

Bullard for the plaintiffs, and by Moreau Lislet, and Mr. J. S. Johnston for the defendants. See 12 *Martin*, 445, *and* 1 *Martin*, *N. S.* 650.

At the September term, 1827, in Opelousas, an opinion was pronounced, in which the judgment of the District Court was reversed, and judgment entered for the plaintiffs against Prevost's heirs; and in their favor against Macarty's heirs, who were called in warranty.

*Mazureau* for Macarty's heirs, called in warranty, presented a petition for a re-hearing of this cause, at the September term, 1828. The re-hearing was granted.

*Brownson & Hennen* for the plaintiffs, replied in writing to the petition for a re-hearing, which without further argument, was submitted to the court.

*Martin J.*, delivered the opinion of the court.

At the request of the defendants, a re-hearing has been granted in this case. On a re-consideration of the opinion already pronounced, we are left under the impression that it ought not to be changed.

It is, therefore, ordered, that the former judgment of this court be maintained, in the same manner, as if no re-hearing had been granted.